FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| AARON C. YOST,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES TILTON, et al.,<br><br>    Defendants. | Case No. CV 07-1880-VAP (JWJ)<br><br>**MEMORANDUM AND ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF CIVIL RIGHTS COMPLAINT** |

    On March 28, 2007, plaintiff Aaron C. Yost, a state prisoner proceeding pro se, filed in this Court a "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983," which was dismissed by this Court on June 22, 2007. On September 19, 2007, plaintiff filed a First Amended Complaint. On January 7, 2008, plaintiff filed a Notice of Withdrawal of Complaint and Request for Dismissal, wherein plaintiff requested that the action be dismissed without prejudice.

    Plaintiff's request is **GRANTED**.

///
///
///
///
///

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's Notice of Withdrawal of Complaint and Request for Dismissal is **granted** and the First Amended Complaint is **dismissed without prejudice**.

DATED: January 23 2008

VIRGINIA A. PHILLIPS
United States District Judge

Presented by:

DATED: January 15, 2008

JEFFREY W. JOHNSON
United States Magistrate Judge